# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID S. BRASSETT , JANINE
B. DEMARS, AND RENEE B.
DUNBAR STELLY

VERSUS

MICHAEL R. BRASSETT AND LEO
L. BRASSETT, JR., IN THEIR
CAPACITY AS CO-TRUSTEES OF
THE BRASSETT FAMILY
REVOCABLE TRUST

NO.  2024 CW 0298

**APRIL 8, 2024**

---

In Re:   Michael  R.  Brassett,  Michael  R.  Brassett  in  his
         capacity  as  the  Co-Trustee  of  the  Brassett  Family
         Revocable  Trust,  Michael  R.  Brassett  for  320  Inc.,  and
         Michael  R.  Brassett  for  the  320  Partnership-
         Registered  in  1982,  applying  for  supervisory  writs,
         19th  Judicial  District  Court,  Parish  of  East  Baton
         Rouge,  No.  718969.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

                        **MRT**
                        **AHP**
                        **HG**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
   FOR THE COURT